| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gregory, Roger L. | US Court of Appeals - 4th Cir. | 05/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1000 East Main Street<br>Suite 212<br>Richmond, VA 23219-3517 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | ChildFund, International formerly Christian Children's Fund |
| 2. Trustee | Virginia Historical Society |
| 3. Trustee | University of Richmond |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Gregory, Roger L.

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Philip Morris, Incorporated (Altria Group, Inc.) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those in spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fisk University | Jan. 14, 2009 - Jan. 15, 2009 | Nashville, TN | Keynote Speaker | Travel, Lodging, Meal |
| 2. | Univ. of Pennsylvania Law School | Jan. 22, 2009 | Pennsylvania, PA | Moot Court Competition | Travel |
| 3. | Omega Psi Phi, Inc. | April 4, 2009 - April 5, 2009 | Orlando, FL | Keynote Speaker | Travel, Lodging, Meal |
| 4. | ABA Standing Committee on Gavel Awards Final Judging | April 24, 2009 - April 25, 2009 | Chicago, IL | ABA Committee Meeting | Travel, Lodging, Meal, Parking |
| 5. | ABA Division for Public Edu. | Oct. 16, 2009 - Oct. 18, 2009 | Chicago, IL | ABA Committee Meeting | Travel/Mileage, Lodging, Meals, Parking |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Suntrust Bank Interest Checking | A | Interest | J | T | | | | | |
| 2. Prudential Insurance Annuity | | None | K | T | | | | | |
| 3. Philip Morris Profit Sharing Plan (401K) | | None | N | T | | | | | See Note |
| 4. ManuLife Financial - Common Stock | B | Dividend | K | T | | | | | |
| 5. New York Life IRA - Fixed Annuity | A | Interest | J | T | | | | | |
| 6. RiverSource Life Insurance Company IRA Fixed | A | Interest | K | T | | | | | |
| 7. Consolidated Bank & Trust | A | Interest | J | T | | | | | |
| 8. John Hancock Life Ins. - term & whole life policy | | None | K | T | | | | | |
| 9. New York Life Ins. Co. - term & whole life policy | | None | J | T | | | | | |
| 10. Intel Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 11. Call Federal Credit Union | A | Interest | J | T | | | | | |
| 12. Kraft Foods, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 13. Metropolitan Life Ins. Co.-whole life policy | | None | | | Redeemed | 06/06/09 | M | G | See Explanation |
| 14. Metropolitan Life Control Accout | C | Interest | M | T | Open | 06/29/09 | M | | |
| 15. SunTrust Money Market Account | A | Interest | M | T | Open | 09/04/09 | M | | |
| 16. John Hancock Safe Access Account | A | Interest | J | T | Open | 07/01/09 | M | | |
| 17. Altria Group, Incorporated Common Stock | A | Dividend | J | T | | | | | See Explanation |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Item #3: [____] owned the Metropolitan Life Whole Life Policy. [_____] The death proceeds were paid to me on June 29, 2009.

Item #13: [____] owned the Philip Morris Profit Sharing Plan (401K). [_____] The (401K) account was transferred to me as of the date of her death.

Item #17: As I previously explained in Section VIII of my 2006 Financial Disclosure Report, prior to 2006, I was reporting the Altria Group, Inc. stock separately, but stopped listing it separately from [_____] Philip Morris Profit Sharing Plan (401K). Because [____] is now deceased, I have resumed listing the Altria Group, Inc. stock separately in Section VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Gregory, Roger L. | 05/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States Court of Appeals
## for the Fourth Circuit

CHAMBERS OF
ROGER L. GREGORY
UNITED STATES CIRCUIT JUDGE

LEWIS F. POWELL, JR. U.S. COURTHOUSE
1000 EAST MAIN STREET, SUITE 212
RICHMOND, VIRIGINIA 23219-3517
TELEPHONE 804-916-2607

May 14, 2010

Mr. George D. Reynolds
OJP-ATJD
Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E.
Washington, D.C.  20544

Dear Mr. Reynolds:

Attached to this letter is the list of payment made to a charitable organization in lieu of honoraria and the confidential list of recipient of payment made to a charitable organization in lieu of honoraria.

If you need further information, please contact me at the number listed above.

Sincerely,

RLG/tsb

# LIST OF PAYMENT MADE TO A CHARITABLE ORGANIZATION IN LIEU OF HONORARIA

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Omega Psi Phi Fraternity, Inc. | 11/21/09 | 500.00 |

## CONFIDENTIAL LIST OF RECIPIENT OF PAYMENT MADE TO A CHARITABLE ORGANIZATION IN LIEU OF HONORARIA

| RECIPIENT | DATE | AMOUNT |
|---|---|---|
| Virginia State University | 11/21/09 | 500.00 |